# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149141-2(40)
(41)(42)(43)

In re

RAYOLA A. BANFIELD IRREVOCABLE
TRUST

SC: 149141
COA: 321204
Livingston
  Probate Ct: 2013-014446-TV

_____/

In re

RAYOLA A. BANFIELD REVOCABLE
LIVING TRUST

SC: 149142
COA: 321206
Livingston
  Probate Ct: 2013-014447-TV

_____/

     On order of the Court, the motions for immediate consideration are GRANTED. The motion for reconsideration of this Court's April 30, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to intervene is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2014



Clerk

d0520